UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHYLLIS M. DAVIS,

        Plaintiff,                  Case Number 22-10234

v.                                         Honorable David M. Lawson

DEPARTMENT OF VETERANS AFFAIRS
and EARL LEE,

        Defendants.
_____/

## ORDER OF DISMISSAL

On August 30, 2023, the parties informed the Court that they have reached an agreement to resolve all of the claims in this matter. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may apply to reopen the matter to enforce the settlement agreement **on or before September 30, 2023**.

It is further **ORDERED** that the defendants' motion for summary judgment (ECF No. 29) and motion *in limine* (ECF No. 35) are **DISMISSED** as moot.

                                                        s/David M. Lawson
                                                        DAVID M. LAWSON
                                                        United States District Judge

Dated: August 31, 2023