U.S. DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN

PHYLLIS M. DAVIS
    Plaintiff,                                         Case no. 2:22-10234 -cv-DML-APP

v.

DENIS MCDONOUGH, SECRETARY OF
VETERANS AFFAIRS, DEPARTMENT OF
VETERANS AFFAIRS, AND EARL LEE
    Defendants.
_____/

EMERGENCY MOTION TO ENFORCE SETTLEMENT
AND FOR SANCTIONS

    1. The parties hereto reached an agreement for settlement of the above-captioned matter on or about August 22, 2023.

    2. Thereafter, the defendant, (Veteran's Administration) required Plaintiff's attorney to apply to be and register as a "vendor" of the agency. It was explained that a direct electronic deposit of the settlement proceeds would be made to his client trust account in lieu of forwarding a physical settlement check. This method of payment was purportedly more expeditions and efficient than payment by check.

    3. Plaintiff's attorney completed the process and has been an agency vendor since mid-September.

    4. The settlement proceeds have not been deposited to date. Moreover, Plaintiff's attorney has been given no explanation for the delay, nor any commitment as to when the money will be deposited.

    5. Both Plaintiff and her attorney have been unduly compromised by the unexplained failure of the defendant to pay the settlement amount.

1

WHEREFORE Plaintiff moves this court to enforce the settlement as soon as possible, and for sanctions.

        Respectfully submitted,

        /s/Ernest L. Jarrett
        Ernest L. Jarrett (P29770)
        Attorney for Plaintiff
        24800 Denso Dr. Suite 255
        Southfield, MI 48033
        (313)  964-2002 - (o)
        (248)  569-5008 - (f)
        eljlaw@yahoo.com

Dated: November 13, 2023